In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00038-CV**

_____


**IN THE INTEREST OF T.S.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-222,046-C**

**MEMORANDUM OPINION**

*Pro se* appellant L.B. filed a notice of appeal from the trial court's temporary orders on notice to show cause in a suit affecting the parent-child relationship. We questioned our jurisdiction over the appeal and instructed the parties to file written responses identifying the particular statute or rule authorizing an interlocutory appeal by February 27, 2019. In the same letter, we warned the parties that we would dismiss the appeal unless our jurisdiction is established.

Temporary orders under the Family Code are not immediately appealable. *See* Tex. Fam. Code Ann. § 105.001(e) (West 2014). Although we gave the parties notice

that the appeal was subject to dismissal, appellant failed to file a response that supports the exercise of appellate jurisdiction at this time. *See* Tex. R. App. P. 42.3. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 13, 2019
Opinion Delivered March 14, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.